UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAGAA BENJAMIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, JAYESH BHAKTA, PAIK KI HONG, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & COMPANY, LLC, and WR HAMBRECHT + CO., LLC,<br><br>Defendants. | CIVIL ACTION NO. 07-5518<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff, Ragaa Benjamin, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: June 11, 2007

**BRODSKY & SMITH, LLC**

By: *s/ Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056
*Attorneys for Plaintiffs*