UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THU TRAN, Individually and On Behalf of All : Civil Action No. 1:07-cv-03754-RMB
Others Similarly Situated, :
: (Consolidated)
                Plaintiff, :
: CLASS ACTION
vs. :
:
NETLIST, INC., et al., :
:
                Defendants. :
---------------------------------------------------------------x

STIPULATION AND [PROPOSED] ORDER TRANSFERRING
THE RELATED ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA

RMB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

WHEREAS, on May 11, 2007, plaintiff in the action captioned *Thu Tran vs. Netlist, Inc., et al.*, Civil Action No. 1:07-cv-03754-RMB ("*Tran* Action") filed a complaint in the Southern District of New York alleging violations of the federal securities laws;

WHEREAS, on May 28, 2007, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), plaintiff in the *Tran* Action caused the first notice regarding the pendency of this action to be published on *Marketwire*, a national, business-oriented newswire service;

WHEREAS, on June 8, 2007, plaintiff in the action captioned *Bruce Belodoff vs. Netlist, Inc., et al.*, No. SACV-07-00677-DOC(MLGx) filed a complaint in the Central District of California with allegations similar to those in the *Tran* Action;

WHEREAS, on June 11, 2007, plaintiff in the action captioned *Ragaa Benjamin vs. Netlist, Inc., et al.*, Civil Action No. 1:07-cv-05518-RMB (the "*Benjamin* Action") filed a complaint in the Southern District of New York with allegations similar to those in the *Tran* Action;

WHEREAS, on June 20, 2007, plaintiff in the action captioned *James H. Swofford vs. Netlist, Inc., et al.*, No. SACV-07-04006-PSG(FMOx) filed a complaint in the Central District of California with allegations similar to those in the *Tran* Action;

WHEREAS, the PSLRA provides that within 60 days after publication of the notice, any person or group of persons who are members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the action. 15 U.S.C. §§77z-1(a)(3)(A) and (B).

WHEREAS, on July 27, 2007, Iron Workers Local No. 25 Pension Fund ("Iron Workers") made a motion, in both the Central District of California and the Southern District of New York, requesting that each court consolidate the related actions, appoint Iron Workers as Lead Plaintiff and

approve its selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as Lead Counsel;

WHEREAS, the motion of the Iron Workers is unopposed;

WHEREAS, by Order dated September 5, 2007, The Honorable David O. Carter of the Central District of California granted the motion of Iron Workers;

WHEREAS, by Order dated **Sept 12, 2007** The Honorable Richard M. Berman of the Southern District of New York also granted the motion of Iron Workers, consolidated the related actions into a single action (the "Consolidated New York Action"), appointed Iron Workers as Lead Plaintiff and Coughlin Stoia as Lead Counsel; and

WHEREAS, the parties have conferred and agree that, in the interest of justice and trial efficiency, the Consolidated New York Action should be transferred to the Central District of California;

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1. The Consolidated New York Action is hereby transferred to the Central District of California.

DATED: September 11, 2007     COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP

                              _____
                              DAVID A. ROSENFELD

          SAMUEL H. RUDMAN
          DAVID A. ROSENFELD
          MARIO ALBA, JR.
          58 South Service Road, Suite 200
          Melville, NY 11747
          Telephone: 631/367-7100
          631/367-1173 (fax)

          Lead Counsel for Plaintiffs

DATED: September 11, 2007      MORRISON & FOERSTER LLP

          _____
          JAMIE A. LEVITT

          JAMIE A. LEVITT
          1290 Avenue of the Americas
          New York, New York 10104-0050
          Telephone: (212) 468-8000
          (212) 468-7900 (fax)

          Counsel for Defendants

          \* \* \* \*

IT IS SO ORDERED.

DATED: Sept 12, 2007

          _____
          THE HONORABLE RICHARD M. BERMAN
          UNITED STATES DISTRICT JUDGE